## In RE: ESTABLISHMENT of the ARKANSAS LAWYERS ASSISTANCE PROGRAM

Supreme Court of Arkansas
Delivered December 13, 2001

PER CURIAM. By way of *per curiam* order dated September 20, 2001, we published the proposed policies and procedures of the Arkansas Lawyers Assistance Program (ALAP). In that order, we invited comment within sixty days of that date.

Upon review of the Clerk's records, we find that no comments have been received. We have concluded our review of the proposed policies and procedures and approve them as published on September 20, 2001.